UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSHUA GENAO

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant JOSHUA GENAO hereby voluntarily consents to participate in the following proceeding via (X) videoconferencing or (X) teleconferencing:

X   Initial Appearance Before a Judicial Officer

X   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing (RESERVING)

X   Conference Before a Judicial Officer

_Lawrence DiGiansante_
~~Defendant~~'s Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Defense Counsel_ LAWRENCE DIGIANSANTE, defense counsel
Print Defendant's Name

_s/Joshua Genao /ttw_
Defendant's ~~Counsel~~'s Signature

JOSHUA GENAO
Print ~~Counsel~~'s Name
_Defendant's_

This proceeding was conducted by reliable video or telephone conferencing technology.

8/13/20
Date

_[signature]_
U.S. District ~~Judge~~/U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

- against -

JOSHUA GENAO

Defendant
-----------------------------------------------------------------x

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
ON A FELONY PLEA ALLOCUTION

_____ CR _____ ( )

The undersigned defendant, advised by his or her undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed, R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent on:

8/13/20
Date

_____
Defendant

*Lawrence Di Giansante* (signature)
Attorney for Defendant

Accepted by: _____
United States Magistrate Judge