## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **20 Mag 8519**  Date **10/06/2020**

USAO No. **2020R00858**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint      ☐ Removal Proceedings in

*United States v.*  **Joshua Genao**

The Complaint/Rule 40 Affidavit was filed on **08/13/2020**

   *U.S. Marshals please withdraw warrant*

**MICHAEL HERMAN**  Digitally signed by MICHAEL HERMAN
Date: 2020.10.06 13:30:44 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE:   10/6/20

UNITED STATES MAGISTRATE JUDGE

Distribution:  Court; U.S. Marshals; Pretrial Services; AUSA                                                  2020.07.13